| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | TRINITY 83 DEVELOPMENT LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-4423651 |

| | | |
| --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

19100 S. Crescent Drive
Mokena, IL 60448
Number, Street, City, State & ZIP Code

Will
County

**Mailing address, if different from principal place of business**

6325 Elm Street
Willowbrook, IL 60527
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  TRINITY 83 DEVELOPMENT LLC
     Name

Case number (*if known*) _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    TRINITY 83 DEVELOPMENT LLC
_____
Name    Case number (*if known*)    _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | TRINITY 83 DEVELOPMENT LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August  1, 2016
                  MM / DD / YYYY

**X** /s/ Donald L. Santacarina                          Donald L. Santacarina
Signature of authorized representative of debtor         Printed name

Title   Member

---

**18. Signature of attorney**

**X** /s/ Gina B. Krol                          Date  August  1, 2016
Signature of attorney for debtor                      MM / DD / YYYY

Gina B. Krol
Printed name

Cohen & Krol
Firm name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Number, Street, City, State & ZIP Code

Contact phone   312.368.0300          Email address

6187642
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____   Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 26, 2016
MM / DD / YYYY

X _____      Donald L. Santacarina
Signature of authorized representative of debtor      Printed name

Title   Member

**18. Signature of attorney**   X _____      Date   July 26, 2016
Signature of attorney for debtor      MM / DD / YYYY

Gina B. Krol
Printed name

Cohen & Krol
Firm name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Number, Street, City, State & ZIP Code

Contact phone   312.368.0300      Email address _____

6187642
Bar number and State

**Fill in this information to identify the case:**

Debtor name    TRINITY 83 DEVELOPMENT LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑    Schedule H: Codebtors (Official Form 206H)

☑    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule

☑    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 26, 2016     X

Signature of individual signing on behalf of debtor

Donald L. Santacarina
Printed name

Member
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   TRINITY 83 DEVELOPMENT LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Al Liberman Michigan Avenue Real Estate Group 1048 W. Madison Street Chicago, IL 60607 | | Court appointed receiver | Unliquidated | | | $0.00 |
| Bill's Lawn Maintenance 10815 W. Stenkel Rd. Frankfort, IL 60423 | | Landscape service | | | | $2,650.00 |
| Carefree Lawn Sprinklers Inc. 22049 Howell Dr. New Lenox, IL 60451 | | Lawn Services | | | | $1,200.00 |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | | Utility Service | | | | $0.00 |
| Enwaste 26137 S. Ridgeland Ave. Monee, IL 60449 | | Waste Removal service | | | | $5,250.00 |
| HBSS of Mokena 2009 45th Ave. Griffith, IN 46319 | | Loan made to cover expenses | | | | $11,396.00 |
| Momkus McCluskey LLC 1001 Warrenville Rd. #500 Lisle, IL 60532 | | Legal Services | | | | $19,540.00 |
| Nicor PO Box 0632 Aurora, IL 60507-0632 | | Utility Service | | | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | TRINITY 83 DEVELOPMENT LLC | | Case number *(if known)* | |
|--------|----------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Squeegee Squad Window Cleaning 2328 E. Lincoln Highway Suite 122 New Lenox, IL 60451 | | Window cleaning services | | | | $195.00 |
| US Financial Consultants 2009 45th Avenue Griffith, IN 46319 | | Bookkeeping services | | | | $8,250.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    TRINITY 83 DEVELOPMENT LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $     2,330,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $     84,148.08

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................    $     2,414,148.08

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     2,086,357.90

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     48,481.00

4.    **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b    $     2,134,838.90

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ TRINITY 83 DEVELOPMENT LLC _____

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF ILLINOIS _____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)              Type of account              Last 4 digits of account number

|   | | | |
|---|---|---|---|
| 3.1. | Centier Bank, Highland IN | Checking Account | $1,503.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                              $1,503.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

|   | | |
|---|---|---|
| 7.1. | Funds on hand with State Court appointed Receiver, Al Lieberman of Michigan Avenue Real Estate Group LLC. Funds on deposit at Northbrook Bank and Trust | $70,645.08 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                                              $70,645.08
     Add lines 7 through 8. Copy the total to line 81.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

| Debtor | TRINITY 83 DEVELOPMENT LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Building fixtures including furnaces, air conditioning units and other HVAC equipment, boilers, etc. | $12,000.00 | | $12,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | TRINITY 83 DEVELOPMENT LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**51.**    **Total of Part 8.**

     Add lines 47 through 50. Copy the total to line 87.

$12,000.00

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

     ■ No

     ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ■ No

     ☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.

     ■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Commercial Building commonly known as 19100 S. Crescent Dr., Mokena, IL 60448 | 100% Fee Simple Ownership | $2,330,000.00 | Appraisal | $2,330,000.00 |

**56.**    **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

$2,330,000.00

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

     ■ No

     ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ■ No

     ☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ■ No. Go to Part 11.

     ☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No. Go to Part 12.

     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   TRINITY 83 DEVELOPMENT LLC _____   Case number *(If known)* _____
         Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,503.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $70,645.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $2,330,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $84,148.08 | + 91b. $2,330,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,414,148.08 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    TRINITY 83 DEVELOPMENT LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
     amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**   **Colfin Midwest Funding LLC**
Creditor's Name

2450 Broadway
6th Floor
Santa Monica, CA 90404
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/24/06
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Colfin Midwest Funding
LLC
2. Will County Treasurer

**Describe debtor's property that is subject to a lien**    $2,047,357.90    $2,330,000.00
Commercial Building commonly known as 19100
S. Crescent Dr., Mokena, IL 60448

**Describe the lien**
Real Estate Mortgage
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**   **Colfin Midwest Funding LLC**
Creditor's Name

2450 Broadway
6th Floor
Santa Monica, CA 90404
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**    $0.00    $70,645.08
Funds on hand with State Court appointed
Receiver, Al Lieberman of Michigan Avenue Real
Estate Group LLC. Funds on deposit at
Northbrook Bank and Trust

**Describe the lien**
Assignment of Rents
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    TRINITY 83 DEVELOPMENT LLC
_____    Case number (if know) _____
        Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | Colfin Midwest Funding LLC | Describe debtor's property that is subject to a lien | $0.00 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

2450 Broadway
6th Floor
Santa Monica, CA 90404

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Building fixtures including furnaces, air conditioning units and other HVAC equipment, boilers, etc.

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | Will County Treasurer | Describe debtor's property that is subject to a lien | $39,000.00 | $2,330,000.00 |
|---|---|---|---|---|

Creditor's Name

302 N. Chicago St.
Joliet, IL 60432

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Commercial Building commonly known as 19100 S. Crescent Dr., Mokena, IL 60448

**Describe the lien**
Unpaid 2015 Real Estate Taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,086,357.90 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Debtor | TRINITY 83 DEVELOPMENT LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Justin Newman<br>Thompson Coburn LLP<br>55 E. Monroe Street, 37th Floor<br>Chicago, IL 60603 | Line   2.1 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___TRINITY 83 DEVELOPMENT LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Al Liberman<br>Michigan Avenue Real Estate Group<br>1048 W. Madison Street<br>Chicago, IL 60607<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Court appointed receiver_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Bill's Lawn Maintenance<br>10815 W. Stenkel Rd.<br>Frankfort, IL 60423<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Landscape service_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,650.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Carefree Lawn Sprinklers Inc.<br>22049 Howell Dr.<br>New Lenox, IL 60451<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Lawn Services_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,200.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Utility Service_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

Debtor    TRINITY 83 DEVELOPMENT LLC
Name    Case number (if known)

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

Enwaste
26137 S. Ridgeland Ave.
Monee, IL 60449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Waste Removal service

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,396.00 |
|---|---|---|---|

HBSS of Mokena
2009 45th Ave.
Griffith, IN 46319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Loan made to cover expenses

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,540.00 |
|---|---|---|---|

Momkus McCluskey LLC
1001 Warrenville Rd.
#500
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Nicor
PO Box 0632
Aurora, IL 60507-0632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Utility Service

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

Squeegee Squad Window Cleaning
2328 E. Lincoln Highway
Suite 122
New Lenox, IL 60451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Window cleaning services

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.00 |
|---|---|---|---|

US Financial Consultants
2009 45th Avenue
Griffith, IN 46319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Bookkeeping services

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| Debtor | TRINITY 83 DEVELOPMENT LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 48,481.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 48,481.00 |

**Fill in this information to identify the case:**

Debtor name    TRINITY 83 DEVELOPMENT LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is the landlord under the lease. | |
| | State the term remaining | Lease Expires February of 2018 | Hair & Beauty Salon Suites of Moken 19100 S. Crescent Drive Units 103, 104 and part of 102 Mokena, IL 60448 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Debtor is the Landlord | |
| | State the term remaining | Lease Expires February of 2020 | Kids Can Do, Inc. 19100 S. Crescent Dr. Unit 101 Mokena, IL 60448 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __TRINITY 83 DEVELOPMENT LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Donald L. Santacaterina | 6325 S. Elm Street Willowbrook, IL 60527 | Colfin Midwest Funding LLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 Donald L. Santacaterina | 6325 S. Elm Street Willowbrook, IL 60527 | Colfin Midwest Funding LLC | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.3 Donald L. Santacaterina | 6325 S. Elm Street Willowbrook, IL 60527 | Colfin Midwest Funding LLC | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.4 George Yukich | 17005 Burr Oak Drive Homer Glen, IL 60491 | Colfin Midwest Funding LLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.5 George Yukich | 17005 Burr Oak Drive Homer Glen, IL 60491 | Colfin Midwest Funding LLC | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Debtor | TRINITY 83 DEVELOPMENT LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | George Yukich | 17005 Burr Oak Drive<br>Homer Glen, IL 60491 | Colfin Midwest<br>Funding LLC | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Thomas Connelly | 11326 Plattner Drive<br>Mokena, IL 60448 | Colfin Midwest<br>Funding LLC | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Thomas Connelly | 11326 Plattner Drive<br>Mokena, IL 60448 | Colfin Midwest<br>Funding LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Thomas Connelly | 11326 Plattner Drive<br>Mokena, IL 60448 | Colfin Midwest<br>Funding LLC | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      TRINITY 83 DEVELOPMENT LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2016 to Filing Date | ☐ Operating a business<br>■ Other    Rents | $138,760.00 |
| For prior year:<br>From  1/01/2015 to 12/31/2015 | ☐ Operating a business<br>■ Other    Rents | $152,989.00 |
| For year before that:<br>From  1/01/2014 to 12/31/2014 | ☐ Operating a business<br>■ Other    Rents | $265,178.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

Debtor    TRINITY 83 DEVELOPMENT LLC                                        Case number *(if known)* _____

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Colfin Midwest Funding LLC v. Trinity 83 Development LLC 15 CH 1152 | Foreclosure | 12th Judicial Circuit, Will County | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Al Liberman Michigan Avenue Real Estate Group 1048 W. Madison Street Chicago, IL 60607 | Receiver has been in possession and control of the Debtor's real and personal property since July 20, 2015 | $0.00 |

| | |
|---|---|
| **Case title** Colfin Midwest Funding v. Trinity 83 Dev | **Court name and address** Circuity Court of 12th Cir., Will County |
| **Case number** 15 CH 1152 | |
| **Date of order or assignment** July 20, 2015 | |

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    TRINITY 83 DEVELOPMENT LLC                                     Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602-4600 | Attorney Fees | July 26, 2017 | $15,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 3

Debtor    TRINITY 83 DEVELOPMENT LLC _____   Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    TRINITY 83 DEVELOPMENT LLC _____    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | TRINITY 83 DEVELOPMENT LLC | Case number (if known) | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. US Financial Consultants 2009 45th Avenue Griffith, IN 46319 | Ongoing |
| 26a.2. Melissa J. Schwartz CPA 319 N. Weber Rd. #401 Bolingbrook, IL 60490 | Ongoing |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Melissa J. Schwartz CPA 319 N. Weber Rd. #401 Bolingbrook, IL 60490 | |
| 26c.2. Donald L. Santacaterina 6325 S. Elm Street Willowbrook, IL 60527 | |
| 26c.3. George Yukich 17005 Burr Oak Drive Homer Glen, IL 60491 | |
| 26c.4. Thomas Connelly 11326 Plattner Drive Mokena, IL 60448 | |
| 26c.5. Al Liberman Michigan Avenue Real Estate Group 1048 W. Madison Street Chicago, IL 60607 | |
| 26c.6. US Financial Consultants 2009 45th Avenue Griffith, IN 46319 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Plainfield Bank & Trust 13600 IL-59 Plainfield, IL 60544 |

Debtor   TRINITY 83 DEVELOPMENT LLC                                   Case number *(if known)*  _____

| Name and address | |
|---|---|
| 26d.2. | Tech Credit Union<br>10951 Broadway<br>Crown Point<br>Crown Point, IN 46307 |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald L. Santacaterina | 6325 S. Elm Street<br>Burr Ridge, IL 60527 | Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Connelly | 11326 Plattner Drive<br>Mokena, IL 60448 | Member | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George Yukich | 17005 Burr Oak Drive<br>Homer Glen, IL 60491 | Member | 25% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Debtor    TRINITY 83 DEVELOPMENT LLC _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August  1, 2016 _____

/s/ Donald L. Santacarina _____    Donald L. Santacarina _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Fill in this information to identify the case:**

Debtor name   TRINITY 83 DEVELOPMENT LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 26, 2016

_____          Donald L. Santacarina
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   TRINITY 83 DEVELOPMENT LLC                                    Case No.
                                                    Debtor(s)          Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 15,000.00 |
    | Prior to the filing of this statement I have received | $ | 15,000.00 |
    | Balance Due | $ | 0.00 |

2.  $ 1,717.00    of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    Thomas Connelly and Donald Santacaterina

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Representations of Debtor against Motions for Relief and Motions to Dismiss

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

August  1, 2016
*Date*

Gina B. Krol 6187642
*Signature of Attorney*
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300  Fax: 312.368.4559
*Name of law firm*

---

## COHEN & KROL

ATTORNEYS AT LAW
105 WEST MADISON STREET
SUITE 1100
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 368-0300
FAX (312) 368-4559

ALLAN R. COHEN (1923 - 1989)

JOSEPH E. COHEN
GINA B. KROL

E. PHILLIP GROBEN

LAKE COUNTY OFFICE

20 NORTH MARTIN LUTHER KING DR.. ·
WAUKEGAN, ILLINOIS 60085
TELEPHONE (847) 249-4144

## REPRESENTATION AGREEMENT

I, Donald L. Santacaterina, member of TRINITY 83 DEVELOPMENT LLC, (the "Debtor") discussed with Gina B. Krol of COHEN & KROL ("C & K") my objectives in filing a Chapter 11 proceeding and I agree to pay $15,000.00 as a retainer for legal services to be rendered for the filing of a Chapter 11. I will advance the sum of $2,000.00 for reimbursement of expenses to be incurred by Cohen & Krol.

I have paid an Advance Payment Retainer of $15,000.00 to Cohen & Krol. An Advance Payment Retainer is a present payment to a lawyer in exchange for the commitment to provide legal services in the future. Ownership of an Advance Payment Retainer passes to the lawyer immediately upon payment, making it easier for Cohen & Krol to continue represent me in my bankruptcy. I recognize that an Advanced Payment Retainer may be advantageous to me because it may protect the retainer from creditors, and Cohen & Krol is unable to represent the Debtor without protection afforded by an Advance Payment Retainer. The Advance Payment Retainer will be deposited into a Cohen for business account, and not into a client funds account, as ownership of the Advance Payment Retainer passes to Cohen & Krol upon payment. We feel this amount is reasonable since we anticipate significant legal fees in handling your project. You acknowledge that you have the right to choose the type of retainer that you pay to Cohen & Krol and that you are choosing to make and Advance Payment Retainer.

COHEN & KROL agrees to render legal service for all aspects of the bankruptcy

I

case, including:

a. Analyze Client's financial circumstance based on information provided by Client;
b. Make recommendations to Client on options for reorganizing Client's debts, based upon information provided by Client;
c. Advise Client of the requirements which must be satisfied by debtors in a Chapter 11 case, including Debtor-In-Possession requirements;
d. Prepare and file the petition , schedules, disclosures and the documents which must be filed in the contemplated bankruptcy case base upon information provided by Client;
e. Represent Client at the meeting of creditors and in providing information to the case Trustee and the U.S. Trustee;
f. Prepare such motions and other documents that are necessary to enable client to operate as a Debtor in possession and to fulfill the requirements of the Bankruptcy Code, including responding to motions or complaints filed by parties in interest;
g. Prepare and file the Chapter 11 Plan of Reorganization, Disclosure Statements, Ballots and related documents for confirmation of a Chapter 11 Plan;
h. Provide competent legal services its Client to fulfill the objectives of the engagement;
i. Provide advice and consultation to its Client on matters or issues relating to the engagement; and
j. Keep its Client informed of significant events relating to the engagement.


Responsibilities of Trinity 83 Development LLC

During the term of this engagement, its Client agrees to:

a. Provide C&K with full, accurate and timely information concerning the subject of the engagement;
b. Provide C&K with all documents within Client's possession or control relating to the subject of the engagement;
c. When requested to do so, to appear at scheduled meetings, telephone conferences, depositions and court hearings;
d. Cooperate and assist the attorneys and paralegal assigned by C&K to represent the Clients in performing their duties;
e. Make all payments of retainers, fees and costs required under this Agreement when due; and

f. Retain and preserve all documents, including information stored in an electronic format and emails, and all other evidence related to the subject of the engagement.

Fees for the services rendered will be at the hourly billing rate of $495.00 an hour for Joseph E. Cohen, $495.00 for Gina B. Krol and $340.00 an hour for an associate attorney.

The services of COHEN & KROL can be terminated at any time. Similarly, COHEN & KROL may withdraw from its representation of you, consistent with the Rules of Professional Conduct, should you fail to disclose any material facts or act contrary to the Firm's advice, or if anything else occurs that, in the Firm's judgment, impairs its ability to continue an effective attorney-client relationship.

Although we will perform our professional services on your behalf to the best of our ability, we cannot make, and have not made, any guarantees regarding the outcome of the matter for which you have engaged us. Our expressions about the outcome of the matter are our best professional estimates only and are limited by our knowledge at the time they are expressed.

Date: ___7/26/16___

Signed:

TRINITY 83 DEVELOPMENT LLC,                    Cohen & Krol

BY: _____          BY: _____
Donald L. Santacaterina, Member              Attorney for Debtor

3

# United States Bankruptcy Court
## Northern District of Illinois

In re   TRINITY 83 DEVELOPMENT LLC _____

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 26, 2016 _____

Signature _____

Donald L. Santacarina

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re   TRINITY 83 DEVELOPMENT LLC

Debtor(s)

Case No.
Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    26

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   July 26, 2016

Donald L. Santacarina/Member
Signer/Title

Al Liberman
Michigan Avenue Real Estate Group
1048 W. Madison Street
Chicago, IL 60607


Bill's Lawn Maintenance
10815 W. Stenkel Rd.
Frankfort, IL 60423


Carefree Lawn Sprinklers Inc.
22049 Howell Dr.
New Lenox, IL 60451


Colfin Midwest Funding LLC
2450 Broadway
6th Floor
Santa Monica, CA 90404


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Donald L. Santacaterina
6325 S. Elm Street
Willowbrook, IL 60527


Enwaste
26137 S. Ridgeland Ave.
Monee, IL 60449


George Yukich
17005 Burr Oak Drive
Homer Glen, IL 60491


Hair & Beauty Salon Suites of Moken
19100 S. Crescent Drive
Units 103, 104 and part of 102
Mokena, IL 60448


HBSS of Mokena
2009 45th Ave.
Griffith, IN 46319

Justin Newman
Thompson Coburn LLP
55 E. Monroe Street, 37th Floor
Chicago, IL 60603


Kids Can Do, Inc.
19100 S. Crescent Dr.
Unit 101
Mokena, IL 60448


Momkus McCluskey LLC
1001 Warrenville Rd.
#500
Lisle, IL 60532


Nicor
PO Box 0632
Aurora, IL 60507-0632


Squeegee Squad Window Cleaning
2328 E. Lincoln Highway
Suite 122
New Lenox, IL 60451


Thomas Connelly
11326 Plattner Drive
Mokena, IL 60448


US Financial Consultants
2009 45th Avenue
Griffith, IN 46319


Will County Treasurer
302 N. Chicago St.
Joliet, IL 60432

# United States Bankruptcy Court
## Northern District of Illinois

In re   TRINITY 83 DEVELOPMENT LLC

Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   TRINITY 83 DEVELOPMENT LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August  1, 2016

Date

Gina B. Krol 6187642

Signature of Attorney or Litigant
Counsel for   TRINITY 83 DEVELOPMENT LLC
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300 Fax:312.368.4559