IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRINITY 83 DEVELOPMENT, LLC, | ) Case No. 16-24652 |
| | ) |
| Debtor. | ) Hon. Deborah L. Thorne |

**RECEIVER'S EIGHTEENTH AND FINAL REPORT, INCLUDING
JANUARY 1, 2018 THROUGH JANUARY 31, 2018**

ColFin Midwest Funding, LLC, ("ColFin"), by and through its attorney Lauren Newman of Thompson Coburn LLP, hereby submits the attached Receiver's Eighteenth and Final Report, including for the period from January 1, 2018 through January 31, 2018, containing financial reporting and information for the real property located at 19100 S. Crescent Drive, Mokena, Illinois (the "Property"), and in support thereof states as follows:

1. On August 4, 2016, ColFin filed a motion seeking an order retaining the state court appointed receiver, under 11 U.S.C. § 543(d)(1). Docket No. 12.

2. Prior to the petition date, ColFin filed a Verified Complaint in Chancery seeking to foreclose its mortgage and for other relief, in the Circuit Court of the Twelfth Judicial District, Will County, Illinois (the "State Court"), entitled *ColFin Midwest Funding, LLC v. Trinity 83 Development, LLC*, case no. 15 CH 1152 (the "State Court Action").

3. On July 20, 2015, a receiver was appointed in the State Court Action to manage the Property, and the court appointed Al Lieberman of the Michigan Avenue Real Estate Group, LLC, as the receiver (the "Receiver") for the Property. The Receiver has been in possession of the Property since July, 2015.

4. At the first hearing on ColFin's motion to excuse the Receiver from turning over possession of the Property to the Debtor, pursuant to Section 543(d)(1) of the Code, this Court allowed the Receiver to remain in possession of the Property while the motion was in the process of being briefed and decided.

5. On March 16, 2017, this Court granted ColFin's motion, and entered an Order retaining the Receiver to manage the Property. Docket No. 119.

6. An auction sale of the Property was held at the offices of counsel for the Debtors on December 11, 2017. The auction resulted in a successful bidder purchasing the rights to buy the Property, and this Court approved the sale on December 27, 2017.

7. On January 31, 2018, the sale of the Property closed, and the Receiver turned over possession of the Property to the purchaser.

8. The Receiver has prepared the Eighteenth and Final Report, which will be approved in the State Court Action. The Final Report contains financial information for the past year, along with specific account information for the eighteenth month of the case, for the period from January 1, 2018 through January 31, 2018, which shows a balance of $200,121.82 in the Receiver's operating account. A true and correct copy of the Final Report of the Receiver, which also includes account information for the period from December 1, 2017 through December 31, 2017, is attached hereto as Exhibit A.

9. Also attached is the Receiver's last invoice for his fees and costs of $1,056.25, which will be deducted from the account, when the Final Report is approved in the State Court Action. Exhibit B, attached hereto.

10. Since the State Court appointed the Receiver, and the Receiver's bond is with the State Court, ColFin will be seeking approval of this last and Final Report from the State Court, so that Final Report can be approved and the Receiver released from his duties and discharged from his bond.

Dated: February 8, 2018

Respectfully submitted,

ColFin Midwest Funding, LLC
Creditor,

By: /s/ Lauren Newman
   One of Its Attorneys

Lauren Newman, Esq. (IL Bar No. 6188355)
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 580-2328
Fax: (312) 580-2201
lnewman@thompsoncoburn.com

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she served a copy of the **Receiver's Eighteenth and Final Report for the Period from January 1, 2018 through January 31, 2018**, via ECF or U.S. Mail, as designated below, on February 8, 2018.

/s/ Arianna Thornton

Trinity 83 Development, LLC
6325 Elm Street
Willow Brook, IL 60527
(Via US Mail)

Gina B. Krol, Esq.
Cohen & Krol
105 West Madison Street, Suite 1100
Chicago, IL 60602
(Via ECF)

Patrick S. Layng
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
(Via ECF)